DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Peter Moore, ) | |
| ) | CASE NO. 1:97CV1060 |
| Petitioner-Defendant, ) | CASE NO. 1:92CR0148 |
| ) | |
| v. ) | |
| ) | <u>JUDGMENT ENTRY</u> |
| United States of America, ) | (Resolving Doc. No.140) |
| ) | |
| Respondent. ) | |
| ) | |

    For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's/Defendant's Motion pursuant to Fed. R. Civ. P. 60(b)(6) is denied.

    The Court requests that the Clerk mail a hard copy of this decision to the Petitioner-Defendant at the following address: Peter C. Moore, #34349-060, F.C.I. La Tuna, P.O. Box 3000, Anthony, New Mexico 88021.

    IT IS SO ORDERED.

| | |
|---|---|
|  June 13, 2007 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |