DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Peter Moore, | ) | |
| | ) | CASE NO. 1:97CV1060 |
| Petitioner-Defendant, | ) | CASE NO. 1:92CR0148 |
| | ) | |
| v. | ) | AMENDED |
| | ) | <u>JUDGMENT ENTRY</u> |
| United States of America, | ) | (Resolving Doc. No.157) |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed on June 15, 2007, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's/Defendant's Motion pursuant to Fed. R. Civ. P. 60(b)(6) is denied.

The Court further certifies, pursuant to 28 U.S.C. Section 1915(a)(3), that an appeal from this decision could not be taken in good faith.

The Court requests that the Clerk mail a hard copy of this decision to the Petitioner-Defendant at the following address: Peter C. Moore, #34349-060, F.C.I. La Tuna, P.O. Box 3000, Anthony, New Mexico 88021.

IT IS SO ORDERED.

| | |
|---|---|
|   July 30, 2007 |   */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |